AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, ET AL.

PLAINTIFFS,

V.

ENTERPRISE PLUMBING, INC.,
AN ILLINOIS CORPORATION AND
DONALD STOUT, INDIVIDUALLY

DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 2375 ~~08CV2366 RCC~~

JUDGE ZAGEL

MAGISTRATE JUDGE DENLOW

DESIGNATED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ENTERPRISE PLUMBING, INC.
C/O ITS REGISTERED AGENT, ROBERT J. PERTA
30W052 ST. ANDREW LANE
WEST CHICAGO, IL 60185

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

April 25, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MAY 6, 2008 AT 7:30 PM |
| NAME OF SERVER *(PRINT)* SCOTT POCIUS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ENTERPRISE PLUMBING, INC C/O ITS REGISTERED AGENT - ROBERT J PERTA AT HIS PERSONAL RESIDENCE - 30W052 ST. ANDREW, WEST CHICAGO, IL HE CAN BE DESCRIBED AS A M/W, 60's, WHITE HAIR, GLASSES

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/6/08
         Date

Signature of Server: *Scott Pocius*

Address of Server:
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.